# JEFFREY S. HYNES
# & Associates, S.C.

**Jeffrey S. Hynes**  2300 N. Mayfair Road
**Martin C. Kuhn**  Suite 390
  Wauwatosa, WI 53226
**Colleen B. Cullen**  414-774-2920
**Office Manager**  Fax: 414-774-2923

  www.hyneslawfirm.net
  mkuhn@hyneslawfirm.com

July 9, 2015

**VIA ECF ONLY**
Honorable Judge Rudolph T Randa
U.S. District Court, Eastern District of Wisconsin
362 United States Courthouse
517 East Wisconsin Avenue, Room 471
Milwaukee, WI 53202

 Re: *Susie Odogba v. State of Wisconsin Department of Justice, et al.*
  Case No. 13-CV-00573

Dear Judge Randa:

Please find electronically filed herewith the parties' stipulation for dismissal of the above-referenced matters.

We thank the Court for its cooperation as the parties worked to bring these matters to resolution. Please contact us should you have any questions. Thank you.

Very truly yours,

JEFFREY S. HYNES & ASSOCIATES, S.C.

 s/ **Martin C. Kuhn**

Martin C. Kuhn

Encl.

cc: Ms. Susie Odogba, Plaintiff (via U.S. Mail)
 Attorney Anne M. Bensky (Attorney for all Defendants, via ECF only)