UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

SUSIE J. ODOGBA,

    Plaintiff,

  v.                                   Case No. 13-C-0573

STATE OF WISCONSIN
DEPARTMENT OF JUSTICE, *et al.*

    Defendants.

## STIPULATION FOR DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby stipulate to dismissal of the Complaint in this case with prejudice, without costs or fees to either party, and without further Order being necessary from the Court.

Dated July 9, 2015.

                                                      **Counsel for Plaintiff:**

                                                      ***s/ Martin C. Kuhn***
                                                      Martin C. Kuhn, Esq.
                                                      Wisconsin State Bar No.: 1055770
                                                      JEFFREY S. HYNES & ASSOCIATES, S.C.
                                                      2300 N. Mayfair Road, Suite 390
                                                      Wauwatosa, WI 53406
                                                      (414) 774-2920 (voice)
                                                      (414) 774-2923 (facsimile)
                                                      eMail: mkuhn@hyneslawfirm.com

                                                      **Counsel for Defendants:**

                                                      ***s/ Anne M. Bensky***
                                                      Anne M. Bensky, Esq.
                                                      Wisconsin State Bar No.: 1069210

Wisconsin Department of Justice
PO Box 7857
Madison, Wisconsin 53707-7857
(608) 264-9451 (voice)
(608) 267-8906 (facsimile)
eMail:  benskyam@doj.state.wi.us