AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**SUSIE J. ODOGBA,**

    Plaintiff,

  V.      CASE NUMBER: **13-C-573**

**WISCONSIN DEPARTMENT OF JUSTICE,
STATE CRIME LABORATORY – MILWAUKEE,**

 and

**J. B. VAN HOLLEN,
KEVIN M. ST. JOHN,
BONNIE L. CYGANEK,
BRIAN R. O'KEEFE,
DAVID B. ZIBOLSKI,
KEVIN E. JONES,
MARY K. CASEY,
JANA L. CHAMPION, and
EVA M. LEWIS,**
*Individually and in their Official Capacities,*

    Defendants.

☐ Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ Decision by Court.  This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that defendant State Crime Laboratory-Milwaukee is DISMISSED from this action with prejudice because it is not a suable entity separate from the Wisconsin Department of Justice.

The plaintiff's §§ 1981 and 1983 claims against the Wisconsin Department of Justice and the Individual Defendants in their official capacities are DISMISSED with prejudice.

The plaintiff's §§ 1981 and 1983 claims against J. B. Van Hollen, Kevin M. St. John, Mary K. Casey, Jana L. Champion and Eva M. Lewis in their individual capacities are DISMISSED.

The plaintiff's Title VIII claims for race discrimination and retaliation against all the Individual Defendants in both their individual and official capacities are DISMISSED with prejudice.

The plaintiff's Title VIII claims for race discrimination and retaliation for punitive damages are DISMISSED with prejudice.

The plaintiff's §§ 1985 and 1986 claims (fourth and fifth causes of action) are DISMISSED.

The remaining claims have been resolved, therefore this action is hereby DISMISSED WITH PREJUDCIE.

| | |
|---|---|
|    July 14, 2015    | JON W. SANFILIPPO |
| Date | Clerk |
| | |
| |  s/ Linda M. Zik  |
| | (By) Deputy Clerk |